**No. 09-1300. Thomas Lewis Turner, II, Petitioner v. Tennessee.**

560 U.S. 953, 130 S. Ct. 3396, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4666.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Middle Division, denied.

Same case below, 305 S.W.3d 508.

---

**No. 09-1301. Eduardo Cecena, et ux., Petitioners v. Allstate Insurance Company, et al.**

560 U.S. 954, 130 S. Ct. 3397, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4698.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 798.

---

**No. 09-1317. Erik Dehlinger, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3398, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4696.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 439.

---

**No. 09-1337. Roderick McNeal, Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3398, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4585.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

---

Same case below, 364 Fed. Appx. 214.

---

**No. 09-1349. Javier A. Moreno, Jr., Petitioner v. United States.**

560 U.S. 954, 130 S. Ct. 3398, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4701.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 36.

---

**No. 09-1352. Dean C. Plaskett, Petitioner v. United States, et al.**

560 U.S. 954, 130 S. Ct. 3398, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4617.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 355 Fed. Appx. 639.

---

**No. 09-1355. Marilyn Lee, Petitioner v. John E. Potter, Postmaster General.**

560 U.S. 954, 130 S. Ct. 3398, 177 L. Ed. 2d 305, 2010 U.S. LEXIS 4675.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 966.